UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO GELL,<br><br>                    Plaintiff,<br><br>-against-<br><br>EL MARINERO RESTAURANT INC., et al.,<br><br>                    Defendants. | 25-CV-677 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that, as of the date of this Order, Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **March 28, 2025**. Failure by Plaintiff to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: March 13, 2025
         New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge