UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO GELL,

               Plaintiff,

-against-

EL MARINERO RESTAURANT, INC., et al.,

               Defendants.

25-CV-677 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The Court was previously advised that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case. *See* ECF No 14. However, as the Court has explained, parties may not privately settle FLSA claims absent the approval of a district court or the Department of Labor. ECF No. 15. As a result, by order dated July 2, 2025, this Court instructed the parties to submit materials related to their settlement within 30 days to enable the Court's review of the terms of any settlements. *Id*. The deadline to submit these materials has since passed.

Accordingly, the parties are HEREBY ORDERED to submit the *Cheeks* settlement materials referenced in the Court's prior order (ECF No. 15) as soon as practicable, and in any event by no later than **August 12, 2025**.

Dated: August 6, 2025
       New York, New York

                              SO ORDERED.

                              */s/ Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge