# THE SAMUEL LAW FIRM

A T T O R N E Y S   A T   L A W

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | www.thesamuellawfirm.com

**MICHAEL SAMUEL**　　　　　　　September 5, 2025　　　　　　　ADMITTED IN NY
Michael@thesamuellawfirm.com

**MEMO ENDORSED**

<u>Via ECF</u>
The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　　　　Re:　*Gell. v. El Marinero Restaurant Inc. et al.*
　　　　　　　　Case No.: 7:25-cv-00677-JGLC

Dear Judge Clarke:

　　　We represent the plaintiff, Antonio Gell ("Plaintiff") in the above-referenced action (the "Action") and write jointly with Defendants in connection with Your Honor's order dated September 2, 2025 (ECF 17), to respectfully inform the Court that the counsel have completed the drafting of a comprehensive settlement agreement and release in this action and are in process of having them executed by the parties.

　　　Pursuant to Rule 2.E. of Your Honor's Individual Rules and Practices in Civil Cases, the parties respectfully request one additional week's time to complete and submit the *Cheeks* motion for settlement approval, currently due to be filed by September 8, 2025. This is the first such request for extension of time. The parties regret any delay in updating the Court as to the status of the Action and apologize to the Court for having missed any previously ordered deadlines to submit the *Cheeks* motion and for any resulting inconvenience to the Court.

　　　We thank the Court for its attention to this matter and are available at the Court's convenience should the Court have any questions regarding the contents of this letter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　<u>/s/ Michael Samuel</u>
　　　　　　　　　　　　　　　　　　　　　Michael Samuel

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Cc:　Katherine Emma Krahulik, Esq. (Via ECF)
　　　Adam Rodriguez, Esq. (Via E-mail)
　　　*Attorneys for Defendants*

Application GRANTED. The parties shall submit the required *Cheeks* settlement materials and papers by **September 15, 2025.** The Court expects the parties to fully comply with their already delayed obligations by that date.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 8, 2025
       New York, New York