UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO GELL,

                   Plaintiffs,

-against-

EL MARINERO RESTAURANT, INC., et al.,

                   Defendants.

25-CV-677 (JGLC)

***CHEEKS* CONFERENCE ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On September 24, 2025, the Court issued an order scheduling a hearing for counsel to show cause why civil contempt sanctions should not be imposed due to their unexplained and unexcused delay in submitting the requisite *Cheeks* settlement materials. ECF No. 20. The Court has now received the parties' proposed settlement agreement and other outstanding *Cheeks* materials. ECF No. 21. As a result, the show cause hearing currently scheduled for October 2, 2025 is ADJOURNED *sine die*.

In addition, counsel for all parties shall appear for a conference with the Court on **November 6, 2025** at **3:00 PM** to discuss the terms of their proposed settlement agreement. *See* ECF No. 21; *see also Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 3372901#. The parties should be prepared to discuss all terms of the parties' agreement and the extent to which they are consistent with *Cheeks*. The Court intends to rule on the issue at the conference.

Dated: September 29, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge